## Mason *et al* v. Jolee.

APPEAL from Circuit Court of Jefferson.

Tried before Hon. JAS. J. BANKS.

CARMICHAEL & THATCH & W. C. WARD for appellees.

J. E. MILES *contra*.

This was an action for a breach of the conditions of a bond, and was brought by the appellee against appellants. Judgment for plaintiff. Defendant appealed. Affirmed.

Opinion by HEAD, J.